# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, MYRON H. | US DISTRICT COURT/MIDDLE DISTRICT/AL | 04/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

ONE CHURCH STREET
MONTGOMERY, AL 36104

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Alabama Law School | January 24-25, 2019 | Tuscaloosa, Alabama | Speech at seminar | Transportation, meals, and hotel |
| 2. | Southern Conference of Bar Presidents | October 10-11, 2019 | Atlanta, Georgia | Speech at Annual Meeting | Transportation, meals, and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Bank (cash) | A | Interest | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Morgan Stanley Portfolio Management Retirement Account (cash) | A | Interest | J | T | | | | | |
| 5. Accenture PLC Ireland CL A (ACN) | A | Dividend | J | T | | | | | |
| 6. Adobe Inc (ADBE) | | None | J | T | Buy | 01/09/19 | J | | |
| 7. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 8. ASML Holding NV (ASML) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 9. At Home Group Inc (HOME) | | None | | | Sold | 03/27/19 | J | | |
| 10. AT&T Inc (T) | A | Dividend | J | T | Buy | 02/15/19 | J | | |
| 11. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 12. China Yuchai Int LTD Ord (CYD) | A | Dividend | | | Sold | 12/31/19 | J | | |
| 13. Cigna Corp (CI) | A | Dividend | | | Buy | 02/15/19 | J | | |
| 14. | | | | | Sold | 10/08/19 | J | | |
| 15. Enbridge Inc (ENB) | A | Dividend | J | T | Buy | 02/27/19 | J | | |
| 16. Intuit DE (INTU) | A | Dividend | J | T | | | | | |
| 17. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Mastercard Inc Cl A (MA) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 19. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 20. Palo Alto Networks Inc (PANW) | | None | J | T | Buy | 01/11/19 | J | | |
| 21. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 22. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 23. Visa Inc. Cl A (V) | A | Dividend | J | T | | | | | |
| 24. IShares US Aerospace & Defense ETF (ITA) | A | Dividend | J | T | | | | | |
| 25. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 26. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 27. Vanguard Index Funds Vanguard Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 28. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | B | Dividend | J | T | | | | | |
| 29. IRA #2 (H) | | | | | | | | | |
| 30. IShares U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 31. IRA #3 (H) | | | | | | | | | |
| 32. Morgan Stanley Cash Deposit Account (cash) (Y) | | | | | | | | | |
| 33. Accenture PLC Ireland Cl A (ACN) | A | Dividend | J | T | | | | | |
| 34. Alibaba Group Holding LTD (BABA) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 36. ASML Holding NV (ASML) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 37. At Home Group Inc (HOME) | | None | | | Sold | 03/27/19 | J | | |
| 38. AT&T Inc (T) | A | Dividend | J | T | Buy | 02/15/19 | J | | |
| 39. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 40. Broadcom LTD (AVGO) | A | Dividend | J | T | | | | | |
| 41. CIGNA Corporation Com (CI) | A | Dividend | | | Sold | 10/08/19 | J | | |
| 42. Enbridge Inc (ENB) | A | Dividend | J | T | Buy | 02/27/19 | J | | |
| 43. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 44. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | J | T | | | | | |
| 45. Palo Alto Networks (PANW) | | None | J | T | Buy | 01/10/19 | J | | |
| 46. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 47. Tanger Factory Outlet Centers (SKT) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 48. Teradata Corp (TDC) | | None | | | Buy | 02/27/19 | J | | |
| 49. | | | | | Sold | 07/12/19 | J | | |
| 50. UnitedHealth Group Inc. (UNH) | A | Dividend | J | T | | | | | |
| 51. Visa Inc. Cl A (V) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Invesco QQQ Trust ETF (QQQ) | A | Dividend | J | T | | | | | |
| 53. | iShares MSCI Australia ETF (EWA) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 54. | Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 55. | Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 56. | Alger Small Cap Focus Z (AGOZX) | A | Dividend | J | T | Buy | 04/25/19 | J | | |
| 57. | IRA #4 (H) | | | | | | | | | |
| 58. | Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 59. | Brokerage Acct #1 (H) | | | | | | | | | |
| 60. | Morgan Stanley Cash Deposit Acct (cash) (Y) | | | | | | | | | |
| 61. | Adobe Inc (ADBE) | | None | J | T | Buy | 01/09/19 | J | | |
| 62. | ALIBABA GROUP HLDG LTD SPON ADR (BABA) | | None | J | T | | | | | |
| 63. | Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 64. | Berkshire Hathaway Inc New (BRKB) | | None | J | T | | | | | |
| 65. | Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 66. | Broadcom LTD (AVGO) | A | Dividend | J | T | | | | | |
| 67. | Cigna Corp (CI) | A | Dividend | | | Buy | 02/15/19 | J | | |
| 68. | | | | | | Sold | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Enbridge Inc (ENB) | A | Dividend | J | T | Buy | 02/27/19 | J | | |
| 70. Mastercard Inc (MA) | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 71. Palo Alto Networks (PANW) | | None | J | T | Buy | 01/11/19 | J | | |
| 72. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 73. Tanger Factory Outlet Centers (SKT) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 74. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 75. Visa Inc Cl A (V) | A | Dividend | K | T | | | | | |
| 76. iShares MSCI Australia (EWA) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 77. Vanguard Sector Index Fund Vanguard Financials (VFH) | A | Dividend | J | T | | | | | |
| 78. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 79. Brokerage Account #2 (H) | | | | | | | | | |
| 80. IShares MSCI Singapore Capped ETF (EWS) | A | Dividend | J | T | | | | | |
| 81. Brokerage Account #3 (H) | | | | | | | | | |
| 82. Morgan Stanley Private Bank NA (cash) (Y) | | | | | | | | | |
| 83. Accenture PLC Ireland (ACN) (X) | | None | J | T | | | | | |
| 84. Alibaba Group (BABA) | | None | J | T | | | | | |
| 85. ASML Holding NV (ASML) | | None | J | T | Buy | 11/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Visa Inc (V) (X) | A | Dividend | J | T | | | | | |
| 87. Invesco QQQ Trust Series 1 (QQQ) (X) | A | Dividend | J | T | | | | | |
| 88. iShares MSCI Germany ETF (EWG) | A | Dividend | J | T | Sold<br>(part) | 11/08/19 | J | | |
| 89. iShares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 90. Brokerage Account #4 (H) | | | | | | | | | |
| 91. Vanguard Index FDS S&P 500 ETF (VOO) | A | Dividend | J | T | Buy | 11/04/19 | J | | |
| 92. Brokerage Account #5 (H) | | | | | | | | | |
| 93. Vanguard Index FDS S&P 500 ETF (VOO) | A | Dividend | J | T | Buy | 10/23/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **THOMPSON, MYRON H.** | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544